No. 04–9201. REED v. YUMA COUNTY, ARIZONA, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pau-*

*peris* denied, and certiorari dismissed. See this Court's Rule 39.8.